UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 6:12-CR-00105-03 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| TYRONE JAMES THIBEAUX (03) | * | MAGISTRATE JUDGE HILL |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Tyrone James Thibeaux, and adjudges him guilty of the offenses charged in Count 1 of the Indictment against him.

THUS DONE AND SIGNED in chambers, this 15th day of January, 2014 in Shreveport, Louisiana.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE